UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERROD EPPS | Honorable Douglas E. Arpert<br><br>Crim. No. 20-400<br><br>**ORDER** |

This matter having come before the Court on the Petition of the United States Probation Office, and the U.S. Attorney's Office (Martha K. Nye, Assistant U.S. Attorney, appearing) having expressed to the Court consent to such an order, and the Defendant Jerrod Epps, by and through counsel for the Defendant, Brian Reilly, Esq., also consenting,

WHEREAS, on September 30, 2020, defendant was sentenced to a term of imprisonment, to be follow by a term of supervised release by the Honorable Anne E. Thompson, United States District Judge for the District of New Jersey;

WHEREAS, on May 14, 2021, defendant was released from custody and began a term of supervised release;

WHEREAS, on October 16, 2021, defendant was arrested and detained on a charge of simple assault, and the United States Probation Office filed a petition to the Court based upon the violation of his supervised release;

IT IS therefore on this 26th day of October, 2021,

ORDERED that the Defendant be released from custody, and to comply with all conditions of supervised release previously imposed.

ORDERED that in addition to the terms of his supervised release,

defendant is to have no contact with victim, R.S.

                                                               _____
                                                               Honorable Douglas E. Arpert
                                                               United States Magistrate Judge